THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada State Bar No. 00264
ks@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone:   702-388-7171
Facsimile:    702-367-1167

*Attorneys for Defendants and Counterclaimants SMK International, Inc. and Mohammed Maqbool*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NANAL, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>SMK INTERNATIONAL, INC. AND MOHAMMED MAQBOOL,<br><br>  Defendants. | Case No.:   2:19-cv-02211<br><br>~~STIPULATION AND~~ ORDER TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE AND MOTION TO DISMISS [FIRST REQUEST] |

Plaintiff and Counterdefendant, Nanal, Inc., and Defendants and Counterclaimants SMK International, Inc. and Mohammed Maqbool, through their respective counsel of record, hereby enter into this Stipulation and Order to extend the time for Defendants and Counterclaimants SMK International, Inc. and Mohammed Maqbool to respond to [1] Plaintiff and Counterdefendant Nanal, Inc.'s Motion to Strike Answer and Affirmative Defenses of Defendants and Counterclaimants SMK International, Inc. and Mohammed Maqbool (Doc. 20) and [2] Plaintiff Nanal, Inc.'s Motion to Dismiss Counterclaims of Defendants SMK International, Inc. and Mohammed Maqbool (Doc. 21).

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record, that the deadline for Defendants and Counterclaimants SMK International, Inc. and Mohammed Maqbool to respond to [1]

1

1  Plaintiff and Counterdefendant Nanal, Inc.'s Motion to Strike Answer and Affirmative
2  Defenses of Defendants and Counterclaimants SMK International, Inc. and Mohammed
3  Maqbool (Doc. 20) and [2] Plaintiff Nanal, Inc.'s Motion to Dismiss Counterclaims of
4  Defendants SMK International, Inc. and Mohammed Maqbool (Doc. 21) shall be
5  extended from May 11, 2020 to May 14, 2020.

Dated this 7th day of May, 2020.                    Dated this 7th day of May, 2020.

**MARQUIS AURBACH COFFING**                         **THE JIMMERSON LAW FIRM, P.C.**

By: */s/ Chad F. Clement, Esq.*                     By: */s/ James M. Jimmerson, Esq.*
   Phillip S. Aurbach, Esq.                            James J. Jimmerson
   Nevada Bar No. 1501                                 Nevada State Bar No. 00264
   Chad F. Clement, Esq.                               James M. Jimmerson
   Nevada Bar No. 12192                                Nevada State Bar No. 12599
   10001 Park Run Drive                                415 South Sixth Street, suite 100
   Las Vegas, Nevada  89145                            Las Vegas Nevada, NV 89101
   *Attorney(s) for Plaintiff*                         *Attorneys for Defendants and*
   *and Counterdefendant, Nanal, Inc.*                 *Counterclaimants SMK*
   **Error! Reference source not found.**              *International, Inc. and*
                                                       *Mohammed Maqbool*

                                                    **ORDER**

                                                    **IT IS SO ORDERED:**

                                                    _____
                                                    Honorable Elayna J. Youchah
                                                    UNITED STATES MAGISTRATE JUDGE

                                                    DATED: _____May 8, 2020_____

2