UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NANAL, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SMK INTERNATIONAL, INC. and MOHAMMED MAQBOOL,<br><br>    Defendants. | Case No. 2:19-cv-02211-RFB-EJY<br><br>**ORDER** |
| SMK INTERNATIONAL, INC. and MOHAMMED MAQBOOL,<br><br>    Counterclaimants,<br><br>  v.<br><br>NANAL, INC.,<br><br>    Counterdefendant. | |

Before the Court is Defendants SMK International, Inc. and Mohammed Maqbool's Motion for Leave to Amend Answer and Counterclaim. ECF No. 33. No response to this Motion was filed by Plaintiff. United States District Court for the District of Nevada Local Rule 7-2(d) states, in pertinent part: "The failure of an opposing party to file points and authorities in response to any motion, …, constitutes a consent to the granting of the motion."

Accordingly, IT IS HEREBY ORDERED that Defendants SMK International, Inc. and Mohammed Maqbool's Motion for Leave to Amend Answer and Counterclaim (ECF No. 33) is GRANTED.

DATED this 28th day of December 2020

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1