THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada State Bar No. 00264
jimmerson@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone:    702-388-7171
Facsimile:    702-367-1167

*Attorneys for Defendants and Counterclaimants SMK International, Inc. and Mohammed Maqbool*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SMK INTERNATIONAL, INC. AND MOHAMMED MAQBOOL, <br><br> Defendants. | Case No.:   2:19-cv-02211 <br><br> **STIPULATION AND ORDER TO EXTEND TIME OF DEFENDANTS TO FILE BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> **Present Date: September 27, 2021** <br> **Proposed Date: September 30, 2021** |

Plaintiff and Counterdefendant, Nanal, Inc. ("Plaintiff"), and Defendants and Counterclaimants SMK International, Inc. and Mohammed Maqbool ("collectively, "Defendants") through their respective counsel of record, hereby enter into this Stipulation and Order to extend the time for Defendants to file their brief in opposition of Plaintiff's Motion for Preliminary Injunction (Doc. 81). In so doing, Plaintiff and Defendants also stipulate and agree the Plaintiff's Reply brief in support of Plaintiff's Motion for Preliminary Injunction shall be due on October 14, 2021, and respectfully request that the Hearing on Plaintiff's Motion for Preliminary Injunction occur on November 1, 2021 or the next day convenient for the Court.

1

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record, that the deadline for Defendants to file their brief in opposition of Plaintiff's Motion for Preliminary Injunction (Doc. 81) shall be extended from September 27, 2021 to September 30, 2021. Plaintiff's Reply brief in support of Plaintiff's Motion for Preliminary Injunction shall be due on October 14, 2021, and the Hearing on Plaintiff's Motion for Preliminary Injunction shall occur on _____ at _____ a.m./p.m.

Dated this 27th day of September, 2021.     Dated this 27th day of September, 2021.

**MICHELMAN & ROBINSON, LLP**       **THE JIMMERSON LAW FIRM, P.C.**

By: */s/ Steven S. Davis, Esq.*       By: */s/ James M. Jimmerson, Esq.*
  STEVEN S. DAVIS, ESQ.           James J. Jimmerson, Esq.
  10880 Wilshire Blvd.            Nevada State Bar No. 00264
  19th Floor                      James M. Jimmerson, Esq.
  Los Angeles, California 90024   Nevada State Bar No. 12599
  *Attorney(s) for Plaintiff and*   415 South Sixth Street, suite 100
  *Counterdefendant, Nanal, Inc.*   Las Vegas Nevada, NV 89101
                                  *Attorneys for Defendants and*
                                  *Counterclaimants SMK*
                                  *International, Inc. and*
                                  *Mohammed Maqbool*

**ORDER**

**IT IS SO ORDERED:**

_____
The Honorable Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE

DATED:  September 27, 2021.