**Marquis Aurbach**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jordan W. Montet, Esq
Nevada Bar No. 14743
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
jmontet@maclaw.com
*Attorneys for Plaintiff and Counterdefendant Nanal, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SMK INTERNATIONAL, INC., AND MOHAMMED MAQBOOL, <br><br> Defendant. <br><br> SMK INTERNATIONAL, INC. AND MOHAMMED MAQBOOL, <br><br> Counterclaimant, <br> vs. <br><br> NANAL, INC., <br><br> Counterdefendant. | Case Number: 2:19-cv-02211-RFB-DJA <br><br> The Honorable Richard F. Boulware, II <br><br> Magistrate Judge Daniel J. Albregts <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT JOINT JURY INSTRUCTIONS** |

Plaintiff and Counterdefendant Nanal, Inc., through its counsel of record, Marquis Aurbach, and Defendants and Counterclaimants SMK International, Inc., and Mohammed Maqbool, through their counsel of record, the Jimmerson Law Firm, P.C., hereby jointly move the Court and stipulate to extend the deadline to submit joint jury instructions in the Court's Order Regarding Trial [ECF No. 98] to November 22, 2024. The parties have exchanged proposed jury instructions and have been meeting and conferring in an effort to

MAC: 15917-001 (#5684908.1)

1  arrive at a joint set, but desire and request additional time in order to be able to meaningfully
2  do so.  The present stipulation is not for purposes of delay or for any other reason other than
3  the request for additional time to meaningfully attempt to agree upon a joint set of jury
4  instructions.

5  Dated this 14th day of November 2024.                Dated this 14th day of November 2024.

MARQUIS AURBACH                                       THE JIMMERSON LAW FIRM, P.C.

By */s/ Chad F. Clement*                              By: */s/ James M. Jimmerson*
    Chad F. Clement, Esq.                             James J. Jimmerson, Esq.
    Nevada Bar No. 12192                              Nevada Bar No. 00264
    Jordan W. Montet, Esq.                            James M. Jimmerson,, Esq.
    Nevada Bar No. 14743                              415 South Sixth Street, Suite 100
    10001 Park Run Drive                              Las Vegas, Nevada 89101
    Las Vegas, Nevada 89145                           *Attorneys for Defendants and*
    *Attorneys for Plaintiff*                         *Counterclaimants*
    *and Counterdefendant*                            *SMK INTERNATIONAL and*
    *NANAL, INC.*                                     *MOHAMMED MAQBOOL*

Case Number: 2:19-cv-02211-RFB-DJA

Date: November, 19 2024

**ORDER**

IT IS SO ORDERED.



United States District Court Judge

MAC: 15917-001 (#5684908.1)